IN THE UNITED STATES DISTRICT COURT FOR SCOTTSDALE ARIZONA

Angela Nails,
    Plaintiff,
Vs.
Melodi Guilbault,
    Defendant,

Case Number

**CV22-00489-PHX-DGC**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _LRCwPS.4_
(Rule Number/Section)

## COMPLAINT ON EDUCATION

The Plaintiff is seeking damages in this court, this court has the jurisdiction over the case for subject matter is University Education Course Program the jurisdiction for the parties is Diversity the two parties live in different states and the monetary damages of this court jurisdiction in the amount of $75.000.00 the Plaintiff damages are over $75,000.00.

The Plaintiff is an ongoing student of education. The Plaintiff enrolled into a Dissertation course the

Defendant course the Plaintiff was to take to continue to research the Plaintiff Doctoral level degree in Business. The Defendant was teaching a CMP Course which is a beginner course every Doctoral Student takes who has a 3.0 GP. The course it is comp course for learning how to write a Dissertation paper. The course is for students to make writing progress before going into the other four Dissertation courses. The other four Dissertation course finalize the student Doctor student Degree success and the student will receive the Business Doctors Degree after the student has completed all the five Dissertation course work for Doctoral Business Degree Dissertation course work  Program. The Plaintiff complaint is the Defendant was asking in a email in week 1 is the weeks assignments earn a grade, the feedback from the Defendant was none of the course work would earn a grade. The Plaintiff prepared the assignment work to be a route assignment work without earning a letter grade and to use the weekly feedback from the Defendant to be used for review for the second Dissertation course once the Defendant has

completed the CMP course work in the Defendant course. The second thing the Defendant did was state in the week 2 no assignments could be resubmitted without permission from the Defendant and stated in the email week 8 is graded and effects the student GPA. The Plaintiff had resubmitted updates from week 1 after the week 1 was graded by the Defendant the Plaintiff improved the second part of week 1 assignment but not the first part of week 1 assignment even when talking to a education working with students assignments stated my Auto biology was stated in the assignment correctly the Defendant state the Auto biology was not improved when resubmitting week 1 assignment just the second resubmission of week 1 assignment was improved. It was about week 5 or week 6 when the Defendant wrote the Plaintiff was not writing a graduate level writing. At the completion of the week 8 the Defendant noted to the Plaintiff in an email of the progress of the Plaintiff has improved from the week 1 though week 7 assignments that where not graded assignments. But was not graded with improvement the Defendant graded the Plaintiff with a 23 out of 30 a C. The Plaintiff can only receive A, B, or F for the week 8 assignment the only weekly assignment graded. The Plaintiff was given an F for efforts of improvement from the week 1through week 7 assignment when the student was told the weekly assignment where not written at a graduate level writing. The Plaintiff email the Defendant asking to resubmit week 8 with updates from the feedback of the Defendant.  The Defendant email the Plaintiff answering no in the email from the Defendant the Defendant said for the Plaintiff to follow the Plaintiff financial advisors advise and appeal. The Defendant email stated to the Plaintiff resubmissions do not to improve grades. Yes, resubmissions do improve the student grade. If the resubmission is approved by the instructor or the student appeal is approved the Graduate student will be allowed a resubmission of the assignment lowering the student GPA from 3.0.

The Plaintiff grade was a failing grade and there is three grades in the COM course a student can receive are A, B, failing grade. The Plaintiff files the complaint against the Defendant because the Defendant makes up the Defendant own grading system moving away from 100% to 0 using 30 to 0. The Education grading scale system for the school pacific . The student Syllabus states the grading scale begins with 100% points. Grading all levels of education assignment, the Course Syllabus begin with 100%. The Defendant mislead the Plaintiff to think the Plaintiff week 1 through week 8 assignments would not be graded. The Plaintiff checked back with the Defendant, the Plaintiff asked the Defendant are assignments graded the Defendant sent back in a email, in week 2 again if any of the week 8 is graded and changes your GPA. Defendant week 8 is the only assignment graded and effects the student GPA. The feedback from the Defendant in an email the Plaintiff level of improvement from week 1 through week 7 assignment for week 8 the Defendant state improvement from the Plaintiff but gives the Plaintiff a failing grade even from the improvement feedback the Plaintiff made maximum improvement in the Defendant feedback to the Plaintiff. The Plaintiff grade earn was an A in the sight of the Plaintiff it is from the written feedback week 1, during week 5 or week 6 and week 8 feedback. In the Defendant feedback for week 8 the Plaintiff did not provide levels of research. The Plaintiff provide all levels of research in all four of the levels of research the Defendant feedback stated the Plaintiff did not reach the level of research for week 8 Dissertation assignment paper. The Defendant feedback from feedback from week 5 or week 6 into week 8 feedback to the Plaintiff improvement. And the email for which the Defendant states no resubmission will allow for a grade. A school appeal does allow for resubmission of assignments to be resubmitted for a better grade.

## MONTARY DAMAGES

The Plaintiff damages monetary in the amount of over $75,000.00.

*Angela Nails*
_____
ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406

## DEFENDANT SERVICE ADDRESS

8667 East Harford Drive Suite 100 Scottsdale, AZ 85255.

*Angela Nails*

ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406

## NOTICE OF SERVICE

The Plaintiff used United States Regular Mail March 2, 2022, and mail the Plaintiff complaint to the address 401 West Washington Street Suite 130 Phoenix, AZ 85003.

*Angela Nails*

ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406

**Mail body: Re: Feedback**

Sent from Yahoo Mail on Android

On Wed, Jan 19, 2022 at 11:27 AM, Angela Nails
<nailsangela90@yahoo.com> wrote:

# Week 1

☐

| AN |
|---|

Angela Nails

Fri 11/26/2021 2:24 PM

If you would be able to email me the APA format to clarify APA for week 1. I would like to have the permission to submit week 1 assignment later during the course. I would like to have the permission to submit week 2 assignment when North Central re-opens the

| MG |
|---|

Melodi Guilbault <mguilbault@ncu.edu>

Sat 11/27/2021 6:39 AM

☐

☐

☐

☐

F

To:
- Angela Nails

Angela,

You can certainly ask for another instructor. I do recommend that you ask questions about the assignments and review the resources that are available.

This course helps prepare you for completing your dissertation. The assignments in this course are not graded. I do not have one APA document to email you. But here is the link to some of the resources

1/17/2022

Angela,

You made progress in your undersatnding of what is included in chapter 1 of a dissertation. What is needed is further clarity on what the study focus is. I think you are referring to issues in leadership of project management and how they contribute to success or failure. What is needed is support from current research on what the problem is so you can create a clear problem and purpose statement. You also need to determine the specific methodology you would use to conduct your study. Further review of articles in the area of project management and examples of completed dissertations will help you refine your prospectus. I also recommend using the resources in the Academic Success Center to assist with clarity in writing.

Dr. Guilbault

Dr. Guilbault

Score
F


NORTHCENTRAL UNIVERSITY

11355 N. Torrey Pines Road
La Jolla, CA 92037

## School of Business Prospectus Grading Rubric

The final grade for the prospectus is submitted in week 8. The School of Business Prospectus Template is located in the Dissertation Center Essentials page in the Center for Teaching and Learning:
https://commons.ncu.edu/group/33456/pages/essentials

To grade the prospectus, the faculty member:

1. Picks the column below (Exceeds, Meets, or Does Not Meet) that represents the student's achievement for each of the criteria.

2. Determines the final grade according to the formula:
   - A student gets an "A" grade if he or she scores "Exceeds" on ALL criteria.
   - A student gets an "F" if he or she scores "Does Not Meet" on ANY of the criteria.
   - A student gets a "B" if he or she scores a COMBINATION of "Exceeds" and "Meets" on the criteria.

3. Enters the grade as a number in the Final Adjusted Grade field according to the formula:
   a. A=100
   b. B-85
   c. F=0

| Criterion | Exceeds | Meets | Does Not Meet |
|---|---|---|---|
| Introduction and Background | A well-written, scholarly, and compelling narrative orienting the reader to the context of the study. The narrative flows from general to specific framing the topic under study within the literature. Background information provided to contextualize the topic. | A clear overview of the study is provided. There is a flow from general to specific of the topic. Major points are adequately supported by the literature. Background information provided to contextualize the topic. | The study overview is incomplete or unclear. Key elements are inadequately addressed, all points are not supported in the literature, key concepts lack coherence and clarity. |
| Problem Statement | A clearly articulated problem, aligned with the material in the Introduction, supported by strong evidence is identified and clearly discussed. The significance of the problem is clearly discussed. | A clear problem is explained and supported through the material in the Introduction, strong evidence is provided and discussed. | The description of the problem is incomplete or unclear. No evidence is provided indicating the problem exists. Lacks alignment with the material in the Introduction. The significance of the |

NORTHCENTRAL UNIVERSITY

11355 N. Torrey Pines Road
La Jolla, CA 92037

| | | | |
|---|---|---|---|
| | | | problem is not discussed. |
| Purpose Statement | The purpose of the study is succinctly articulated and is a logical response aligned to the stated problem, a detailed summary of how the study will be conducted is provided. | The purpose of the study is described and aligns with the stated problem, a summary of how the study will be conducted is provided. | The purpose of the study is incomplete or unclear. Key elements are inadequately addressed and do not align with the stated problem, study details are not supported, and/or lack coherence and clarity. |
| Research Questions | Research question(s) are directly answerable beyond a yes/no response, are specific, testable, including the population and environments/topics. Research question(s) are directly aligned and support the problem and purpose. The core concepts (qualitative) and/or operational variables (quantitative) are described clearly and appropriately. | Research question(s) are directly answerable beyond yes/no response, fairly specific and testable based on the data to be collected. Research question(s) are aligned and support the problem and purpose. The core concepts (qualitative) and/or operational variables (quantitative) are included. | The research question(s) are incomplete or lack coherence, clarity, not testable, not aligned with the problem and purpose, or only elicit a simple yes/no response. The core concepts and/or operational variables are missing. |
| Method and Design | Explains and justifies how the research method and design are aligned with the study problem, purpose, and research question(s). Substantiates the appropriateness of the research method and design. | Describes how the research method and design are aligned with the study problem, purpose, and research questions. Describes how the design choice is consistent with the research method. | There is a lack of alignment among the chosen research method and design and the study's problem, purpose, and research questions. |



11355 N. Torrey Pines Road
La Jolla, CA 92037

| Writing is clear and compelling; required assignment length is met; reflects correct punctuation, grammar, word usage, and APA style guidelines | Student demonstrated strength in all the following areas: a well-developed focus, a logical organization of ideas, integration of readings revealing conceptual knowledge and skills, and inclusion of several scholarly citations to support ideas presented in the assignment. The assignment meets the length requirement. Student used correct grammar, punctuation, and APA formatting, with no more than one or two errors. | Student mostly demonstrated a well-developed focus, a logical organization of ideas, and exhibited an integration of readings revealing conceptual knowledge and skills. Student used mostly correct grammar, punctuation, and APA formatting, having fewer than five errors. | Student failed to demonstrate a well-developed focus, and there is little evidence of integration of reading material or conceptual knowledge. The assignment is longer or shorter than required. Student needs to refine grammar, punctuation, and APA formatting and style because many errors were evident. |
|---|---|---|---|