# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Nails,<br><br>   Plaintiff,<br><br>v.<br><br>Melodi Guilbault,<br><br>   Defendant. | NO. CV-22-00489-PHX-DGC<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 14, 2022, judgment of dismissal for failure to state a claim is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

July 27, 2022

By   s/ D. Draper
     Deputy Clerk